**No. 11-6235. Jose Bermudez, Petitioner v. James Conway, Superintendent, Attica Correctional Facility, et al.**

565 U.S. 987, 132 S. Ct. 519, 181 L. Ed. 2d 365, 2011 U.S. LEXIS 7835.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 11-6236. Antonio Blanchard, Petitioner v. Illinois.**

565 U.S. 987, 132 S. Ct. 519, 181 L. Ed. 2d 365, 2011 U.S. LEXIS 7818.

October 31, 2011. Petition for writ of certiorari to the Appellate Court of Illinois, First District, denied.

Same case below, 405 Ill. App. 3d 1195, 375 Ill. Dec. 696, 997 N.E.2d 1007.

**No. 11-6238. Stephen Richards Barker, Petitioner v. United States.**

565 U.S. 987, 132 S. Ct. 519, 181 L. Ed. 2d 365, 2011 U.S. LEXIS 7763,

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 11-6243. Daniel W. Dumont, Petitioner v. Morgan Stanley & Co., et al.**

565 U.S. 987, 132 S. Ct. 519, 181 L. Ed. 2d 365, 2011 U.S. LEXIS 7738.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 11-6249. Richard Romero, Petitioner v. Stuart J. Ryan, Warden.**

565 U.S. 987, 132 S. Ct. 519, 181 L. Ed. 2d 365, 2011 U.S. LEXIS 7848.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 441 Fed. Appx. 425.

**No. 11-6259. Ronald Christmas, Petitioner v. Illinois.**

565 U.S. 987, 132 S. Ct. 520, 181 L. Ed. 2d 365, 2011 U.S. LEXIS 7895,

October 31, 2011. Petition for writ of certiorari to the Appellate Court of Illinois, First District, denied.

Same case below, 406 Ill. App. 3d 1206, 376 Ill. Dec. 172, 998 N.E.2d 714.

**No. 11-6260. Roger Stevenson, Petitioner v. April Shoup, et al.**

565 U.S. 987, 132 S. Ct. 520, 181 L. Ed. 2d 365, 2011 U.S. LEXIS 7851.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 421 Fed. Appx. 312.

**No. 11-6267. Rossi Wade, Petitioner v. Walter Peterson.**

565 U.S. 987, 132 S. Ct. 520, 181 L. Ed. 2d 365, 2011 U.S. LEXIS 7873.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 416 Fed. Appx. 354.